# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jennifer M. Kile, | Civil No. 11-2191 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| Nelson, Hirsh & Associates, Inc., and Michelle Williams, | |
| Defendants. | |

Based on the Notice of Dismissal Without Prejudice (Doc. No. 3), **IT IS ORDERED** that the Complaint against Defendant Michelle Williams is **DISMISSED WITHOUT PREJUDICE** and without costs, disbursements or attorney's fees to any party.

Dated: November 3, 2011

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge